# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No 728 |
| | : | |
| REAPPOINTMENTS TO THE | : | SUPREME COURT RULES |
| PENNSYLVANIA BOARD OF LAW | : | |
| EXAMINERS | : | |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of February, 2017, Gerald Lawrence, Jr., Esquire, Montgomery County, and Davis S. Rasner, Esquire, Philadelphia, are hereby reappointed as members of the Pennsylvania Board of Law Examiners for a term of three years, commencing April 1, 2017.